1
2
3
4
5
6

Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

7
8

Attorneys for Defendant
Experian Information Solutions, Inc.

9

UNITED STATES DISTRICT COURT

10

DISTRICT OF NEVADA

11

12

13

14

15

16

17

18

KIM WEBSTER, aka LLYOD KIM
WEBSTER,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC.,

Defendant.

Case No. 2:22-cv-00966-APG-DJA

**DEFENDANT EXPERIAN
INFORMATION SOLUTIONS, INC.
AND PLAINTIFF'S FIRST
STIPULATION TO EXTEND TIME TO
ANSWER COMPLAINT**

Complaint Filed:  6/19/2022

19

20

21

22

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Kim Webster aka Llyod Kim Webster ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

23

24

25

26

27

Plaintiff filed his Complaint on June 19, 2022.  (ECF No. 1.)  The first extension will allow Experian an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly, Plaintiff and Experian stipulate and agree that Experian shall have an extension until August 15, 2022, to file its responsive pleading.

28

This is Experian's first request for an extension of time to respond to the Complaint and is

not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian

an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 14th day of July 2022.


NAYLOR & BRASTER                         KRIEGER LAW GROUP, LLC


By: */s/ Benjamin Gordon*                By: */s/ Shawn Miller*
    Jennifer L. Braster                    David H. Krieger
    Nevada Bar No. 9982                    Nevada Bar No. 9086
    Benjamin B. Gordon                    Shawn Wayne Miller
    Nevada Bar No. 15552                   Nevada Bar No. 7825
    1050 Indigo Drive, Suite 200          5502 S. Fort Apache Road, Suite 200
    Las Vegas, NV 89145                   Las Vegas, NV 89148
                                          Email: dkrieger@kriegerlawgroup.com
*Attorneys for Defendant*                     Email: smiller@kriegerlawgroup.com
*Experian Information Solutions, Inc.*

                                          *Attorneys for Plaintiff*
                                          *Kim Webster aka Llyod Kim Webster*


**IT IS SO ORDERED.**


DATED: 7/15/2022

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -