Matthew Knepper, Esq.
Trustee of Krieger Law Group, LLC
Nevada Bar No. 12796
Shawn W. Miller, Esq.
Nevada Bar No.  7825
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Kim Webster aka*
*Lloyd Kim Webster*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIM WEBSTER, aka LLOYD KIM WEBSTER,<br><br>           Plaintiff(s),<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>           Defendant(s). | Case No.: 2:22-cv-0966-APG-DJA<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between KIM WEBSTER aka LLOYD KIM WEBSTER ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), collectively the "Parties," by and through their counsel of record, that Plaintiff's causes of action and claims against Experian are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on June 8, 2023.

| /s/ Shawn W. Miller | /s/ Benjamin Gordon |
|---|---|
| Shawn W. Miller, Esq. | Jennifer L. Braster, Esq. |
| KRIEGER LAW GROUP, LLC | Benjamin B. Gordon, Esq. |
| 5502 S. Fort Apache Road, Suite 200 | NAYLOR & BRASTER |
| Las Vegas, Nevada 89148 | 1050 Indigo Drive, Suite 200 |
| Attorneys for Plaintiff, | Las Vegas, Nevada 89145 |
| **Kim Webster, aka Lloyd Kim Webster** | Cheryl L. O'Connor |
| | JONES DAY |
| | 3161 Michelson Drive, Suite 800 |
| | Irvine, California 92612 |
| | **Attorneys for Defendant, Experian Information Solutions, Inc.** |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 12, 2023